36 F.3d 1089
 NOTICE: First Circuit Local Rule 36.2(b)6 states unpublished opinions may be cited only in related cases.
Philip D. HOPGOOD, et al., Plaintiffs, Appellants,
v.
MERRILL LYNCH PIERCE, FENNER AND SMITH, Defendant, Appellee.
 No. 94-1149
 United States Court of Appeals,
First Circuit.
 September 19, 1994.
 
 APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Jaime Pieras, Jr., U.S. District Judge ]
 Harold D. Vicente with whom Vicente & Cuebas was on brief for appellants.
 Carlos G. Latimer with whom Latimer, Biaggi, Rachid, Rodriguez-Suris & Godreau was on brief for appellees.
 D. Puerto Rico
 AFFIRMED.
 Before Coffin and Campbell, Senior Circuit Judges, Keeton, Senior District Judge.*
 Per Curiam.
 
 
 1
 Substantially for the same reasons set forth in the opinion of the United States District Court for the District of Puerto Rico in Hopgood v. Merrill Lynch, Pierce, Fenner & Smith, 839 F. Supp. 98 (D.Puerto Rico 1993), we affirm. Costs are awarded to the appellee.
 
 
 
 *
 Of the District of Massachusetts, sitting by designation